# Gmail

**Search:** [FWD: RE: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me"

Compose

- Inbox — 1,010
- Starred
- Snoozed
- Important
- Sent
- Drafts — 4
- Categories
- More

**Labels**

- [Gmail]Trash — 4
- [Imap]/Drafts
- Boxbe Waiting List
- Co-Production Contract
- Deleted Messages
- Lollipop Conspiracy
- Miles High Productions
- Notes
- Sent Messages
- Waves

3 of many

### Re: Title Registration Deactivated

**Thomas Wolfe** — Mon, Jul 23, 2012, 11:20
Dear Mr. Gilliams, Unfortunately, unlocking your accounts through www.ascap.com is part of resolving the fraudulent claim on your account. I have been informed

**Lyrical Clause** — Mon, Jul 23, 2012, 11:52
This is the current issue. Your client David Banner reported me as a fraudulent claimant on something he never even fully owned from the beginning(Samples Yung

**Lyrical Clause** — Mon, Jul 23, 2012, 12:09
FYI there are three types of royalties . . Mechanical Digital Performing

**James H. Freeman** — Mon, Jul 23, 2012, 2:25
You have it reversed. ASCAP froze the royalties because YOU threatened litigation against Banner. That's why they they hired me....

**Lyrical Clause** — Mon, Jul 23, 2012, 2:59
Um. No they didn't. Whose they? And everything got froze up because, Banner's previous manager quit on him, he never cleared his album before releasing it with

**Lyrical Clause** — Fri, Aug 17, 2012, 2:24
Here was the underlying issue with ASCAP

**Lyrical Clause** — Fri, Aug 17, 2012, 3:44
For James Freeman, What needs to be taken into account. The contract on parts Whereas is inconclusive and against the record standings. I did not partake in any

---

**Dirahn Gilliams** <rawclause@gmail.com>     Mon, Mar 23, 2015, 1:59 PM
to ezahn@ascap.com

Hello Ellen Zahn,

    A freeze was put on my royalties and here goes the conversation of some of the history.  There are some attachments as well describing the whole start of this with ASCAP.

**10-CV-1914**

## Section 4: Assignment of Gilliams' Purported Rights

Gilliams and the Gilliams Releasing Parties hereby irrevocably assign, transfer and convey all purported rights, title and interest in and to any claims or intellectual property of whatever kind or of whatever nature concerning or relating to the composition "Get Like Me", or any derivative work thereof.

## Section 5: Assumption of Risk

EACH PARTY HAS BEEN ADVISED BY SUCH PARTY'S LEGAL COUNSEL AS TO THE EFFECT OF THE RELEASES BEING PROVIDED HEREUNDER AND UNDERSTANDS THAT THE FACTS WITH RESPECT TO WHICH SUCH RELEASE IS GIVEN MAY BE DIFFERENT FROM THE FACTS NOW KNOWN OR BELIEVED BY SUCH PARTY TO BE TRUE. EACH PARTY ACCEPTS AND ASSUMES THE RISK THAT SUCH FACTS MAY TURN OUT TO BE DIFFERENT. NEVERTHELESS, EACH PARTY AGREES THAT THE RELEASE SUCH PARTY HAS PROVIDED UNDER THIS AGREEMENT SHALL REMAIN IN ALL RESPECTS EFFECTIVE AND SHALL NOT BE SUBJECT TO TERMINATION OR RESCISSION IN THE EVENT SUCH FACTS TURN OUT TO BE DIFFERENT.

Except in the case of breach of this Agreement by another Party, the Parties hereby expressly waive and relinquish every right or benefit that they have or may have under the laws of any jurisdiction to the fullest extent with regard to the subject matter of this Agreement. In furtherance of such intention, the releases given herein shall be in, and shall remain in effect as a full and complete accord, satisfaction and release of any and all Claims, except for any claims arising from breach of this Agreement, notwithstanding the discovery or existence of any such additional or different facts.

## Section 6: No Admission of Liability

It is acknowledged that this Agreement compromises and settles claims disputed as to both liability and amount, and does not constitute an admission of liability by any Party and shall not be admissible for such purpose.

## Section 7: Express Covenant Not to Sue

Gilliams, on behalf of himself and the Gilliams Releasing Parties, agrees not to make, assert or maintain against Banner and/or any Banner Releasing Party(ies) any claim, demand, action, suit or proceeding arising out of, relating to, or in connection with the claims released under Section 2 and Section 3 above (the "Gilliams Released Claims", and the "Banner Released Claims," as applicable.) This Agreement may be pleaded and introduced into evidence as a full and complete defense to, and may be used as a basis for an injunction against, any action, suit or

- 7 -

DG Initials [signature]



# Sheet1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | *Title: "GET LIKE ME" performed by David Banner* | | | | | |
| 2 | | ASCAP Title Code 371589916 | Crump Tight Publishing (Subm. 8/1/2007) | Dirahn Gilliams (Subm. 6/5/2008) | Dirahn Gilliams (Subm. 2/15/2009) | Warner Bros. Music (Subm. 3/2/2009) | |
| 3 | **Entitled Party** | | | | | | |
| 4 | | | | | | | |
| 5 | Lavell W. Crump (pka David Banner) | 63.34% | **63.34%** | 80.00% | Not Listed | 50.00% | |
| 6 | Dirahn Gilliams | 20.00% | Not Listed | **20.00%** | **20.00%** | Not Listed | |
| 7 | Joseph Jones | 5.56% | 13.33% | Not Listed | Not Listed | Not Listed | |
| 8 | Chris Brown | 5.55% | 13.33% | Not Listed | Not Listed | 15.00% | |
| 9 | Jasiel Robinson | 5.55% | 10.00% | Not Listed | Not Listed | **15.00%** | |
| 10 | Chadron Moore | Not Listed | Not Listed | Not Listed | Not Listed | 20.00% | |
| 11 | Dwayne Carter | Not Listed | Not Listed | Not Listed | **80.00%** | Not Listed | |
| 12 | | | | | | | |
| 13 | Crump Tight Publishing | 63.34% | **63.34%** | Not Listed | Not Listed | 50.00% | |
| 14 | Lyrical Clause | 20.00% | Not Listed | **20.00%** | **20.00%** | Not Listed | |
| 15 | Unknown Publisher | 16.66% | 36.66% | 80.00% | 80.00% | Not Listed | |
| 16 | Granny Man Publishing | Not Listed | Not Listed | Not Listed | Not Listed | **7.50%** | |
| 17 | Basement Funk South | Not Listed | Not Listed | Not Listed | Not Listed | **3.75%** | |
| 18 | Malik and Mekhi Music | Not Listed | Not Listed | Not Listed | Not Listed | **1.87%** | |
| 19 | Warner Tamerlane Publishing Corp | Not Listed | Not Listed | Not Listed | Not Listed | **1.88%** | |
| 20 | Culture Beyond Your Experience | Not Listed | Not Listed | Not Listed | Not Listed | 7.50% | |
| 21 | Songs of Universal Inc. | Not Listed | Not Listed | Not Listed | Not Listed | 7.50% | |
| 22 | EMI April Music Inc. | Not Listed | Not Listed | Not Listed | Not Listed | 20.00% | |
| 23 | | | | | | | |
| 24 | Total | 200% | 200% | 200% | 200% | 200% | |
| 25 | | | | | | | |
| 26 | Shares based on 100% Writer/ 100% Publisher scale. | | | | | | |
| 27 | Party shares controlled by submitter are highlighted in **bold**. | | | | | | |



**Dirahn Gilliams <rawclause@gmail.com>**

# Re: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)

**Lyrical Clause** <rawclause@gmail.com>                        Mon, Apr 12, 2010 at 12:47 AM
To: LPhuaphes@ascap.com
Cc: AAcevedo@ascap.com

Begin forwarded message:

**From:** Lyrical Clause <Rawclause@gmail.com>
**Date:** April 12, 2010 3:12:12 AM EDT
**To:** AAcevedo@ascap.com
**Cc:** "Lisa P." <lphuapes@ascap.com>, Ascap Ascap <somalley@ascap.com>
**Subject: Fwd: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)**

Goodmorning Alex and Lisa,

 Due to recent findings I am Asking for you to

"Please Reinstate My Title Registration Privileges ASAP"

Due to an album release "The Greatest Story Ever Told" not having been completely registered and claimed when it was released Lavell "David Banner" Crump and his previous attorney were within bad practice.

Please Contact the parties Below if there are anymore questions regarding my supposed miss credited claim or ownership of the song "Get Like Me"(Stuntin is a Habit)

Although the percentages aren't correct or resolved there is a clear understanding that I was indeed unknowingly  apart of this project as stated by Universal Music. . .

The only parties here with fraudulent claims to my knowledge are Lavell Crump and his previous attorney that now state a vast amount of ownership of "Get Like Me" past the antecedent 25% claim to a 70% song only after its success was greater than initially expected(Stated below by Carolyn Soyars and Steve Perlman).


Dirahn Gilliams
1763922


Begin forwarded message:

> **From:** Kevon Glickman <Kevon@invinciblepictures.com>
> **Date:** March 11, 2010 3:12:24 PM EST
> **To:** "Liou, Jennifer" <Jennifer.Liou@umusic.com>
> **Cc:** "Soyars, Carolyn" <Carolyn.Soyars@umusic.com>, "Perlman, Steve" <Steve.Perlman@warnerchappell.com>, "Muse, Kendrick" <Kendrick.Muse@umusic.com>, "Cooper, Denise" <Denise.Cooper@umusic.com>, Blair Small <blair@roynet.com>, "Harris, Neal" <Neal.Harris@umusic.com>, "Edwards, Kelly" <Kelly.Edwards@umusic.com>
> **Subject: Re: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)**
>
> We have already gone from 20% to 10% as an accommodation. 70% seems a bit much. Can't we lower this in order to get it done?
> Kevon Glickman
> 610-761-6833
> On Mar 10, 2010, at 3:53 PM, Liou, Jennifer wrote:
>
>> Hi All:
>>
>> I'm copying Kevon Glickman on this email as he represents Dirahn Gilliams and we had an outdated contact email for him on the original dispute notice.
>>
>> Kind regards,
>> Jennifer
>>
>> **From:** Soyars, Carolyn
>> **Sent:** Wednesday, March 10, 2010 12:19 PM
>> **To:** Perlman, Steve; Liou, Jennifer
>> **Cc:** Muse, Kendrick; Cooper, Denise; Blair Small; kglickman@bochettoandlentz.com; Harris, Neal; Edwards, Kelly
>> **Subject:** RE: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)
>>
>> Hi all – this dispute came up again today; any update?
>>
>> **Carolyn Edwards Soyars**
>> **Copyright Supervisor**
>> **Universal Music Publishing**
>> (310) 235-4732 phone
>> (310) 235-4803 fax
>> *Please note new e-mail address: carolyn.soyars@umusic.com*
>> http://www.umusicpub.com
>> http://www.SYNCHExpress.com
>> http://www.UMPLMusic.com
>>
>> **From:** Perlman, Steve [mailto:Steve.Perlman@warnerchappell.com]

**Sent:** Wednesday, January 27, 2010 9:26 AM
**To:** Liou, Jennifer; Soyars, Carolyn
**Cc:** Muse, Kendrick; Cooper, Denise; Blair Small; kglickman@bochettoandlentz.com
**Subject:** RE: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)

Hi Jennifer,

I checked our records and we are maintaining our 15% for Jasiel Robinson. The main problem seems to be for the Lavell Crump share.

Blair – Please re-confirm.

Thanks,
Steve

---

**From:** Liou, Jennifer [mailto:Jennifer.Liou@umusic.com]
**Sent:** Tuesday, January 26, 2010 6:02 PM
**To:** Soyars, Carolyn
**Cc:** Muse, Kendrick; Cooper, Denise; Blair Small; kglickman@bochettoandlentz.com; Perlman, Steve
**Subject:** RE: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)

Thanks, Carolyn. The total split on the song is **137.50%**.

---

**From:** Soyars, Carolyn
**Sent:** Tuesday, January 26, 2010 5:56 PM
**To:** Liou, Jennifer
**Cc:** Muse, Kendrick; Cooper, Denise; Blair Small; kglickman@boche3ttoandlentz.com; Perlman, Steve
**Subject:** RE: Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)

Hi Jennifer –

Actually, we show Chris Brown with 25%, not 17.50%, which unfortunately puts it even more in dispute. We do show Joseph Jones with 17.50%.

Hi Blair – can you doublecheck Crump's 70% claim? We show him with only 25%. Let mek now; thanks!

**Carolyn Edwards Soyars**
**Copyright Supervisor**
**Universal Music Publishing**
(310) 235-4732 phone
(310) 235-4803 fax
*Please note new e-mail address: carolyn.soyars@umusic.com*
http://www.umusicpub.com
http://www.SYNCHExpress.com
http://www.UMPLMusic.com

---

**From:** Liou, Jennifer
**Sent:** Tuesday, January 26, 2010 5:48 PM
**To:** Soyars, Carolyn; kglickman@bochettoandlentz.com; Perlman, Steve; Blair Small
**Cc:** Muse, Kendrick; Cooper, Denise
**Subject:** Dispute: David Banner - The Greatest Story Ever Told: "Get Like Me" - (00602517467545 / 00602517467522)

Dear Publishers:

This email is to inform you of a splits dispute on the title, **"Get Like Me"**, by David Banner used on the above referenced released. Mechanical shares equal to **137.50%**. Listed below is what we show:

**"Get Like Me"** (Chris Brown, Lavell Crump, Joseph Jones, Jasiel Robinson, Dirahn Gilliams)

Songs of Universal                    25.00% (Christopher Maurice Brown)
Carolyn.Soyars@umusic.com

Dirahn Gillams Publishing Designee    10.00% (Dirahn Gillams)
kglickman@bochettoandlentz.com (c/o Kevon Glickman)

Warner-Tamerlane Publishing           15.00% (Jasiel Robinson)
Steve.Perlman@warnerchappell.com

Songs of Universal                    17.50% (Joseph Jones)
Carolyn.Soyars@umusic.com

The Royalty Network                   70.00% (Lavell Crump)
Blair@roynet.com
                              **TOTAL: 137.50%**

Mechanical shares need to be equal to 100% in order for us to license this song. Please kindly notify us once the dispute has been resolved. Thank you.

> Kind regards,
> **Jennifer Liou**
> Licensing Analyst | **Universal Music Group** | Jennifer.Liou@umusic.com | **P** 818 286 8901 | **F** 818 286 5142

Kevon Glickman
President Invincible Pictures
1600 North 5th Street
Philadelphia, Pa 19112
Cell: 610-761-6833
Invincible Pictures: 267-773-8971
Philadelphia Film Market: 215-236-2000
kevon@invinciblepictures.com
sufisongs@gmail.com
http://www.invinciblepictures.com

*Lyrical Clause, LLC*

*2021 Arch Street*

*Philadelphia, Pa 19103*

*All Rights Reserved ©*

Email:Rawclause@gmail.com

Phone:(856) 535-6256

The information in this transmittal (including attachments, if any) may be privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

  **Terms of Use.rtf**
8K



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Get like me crump
Search Results: Displaying 9 of 100009 entries



*Get Like Me : feat. Chris Brown.*

**Relevance:**
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000613220 / 2008-06-05
**Application Title:** Get Like Me, Artist: David Banner, 00602517674134 (eRelease)
**Title:** Get Like Me : feat. Chris Brown.
**Description:** Sound disc.
**Copyright Claimant:** Universal Records, A Div. of UMG Recordings, Inc.
   SRC Records, Inc.
**Date of Creation:** 2008
**Date of Publication:** 2008-03-25
**Nation of First Publication:** United States

| | |
|---|---|
| **Authorship on Application:** | Universal Records, A Div. of UMG Recordings, Inc., employer for hire; Citizenship: United States. Authorship: sound recording. |
| | SRC Records, Inc., employer for hire; Citizenship: United States. Authorship: sound recording. |
| **Names:** | Universal Records, A Div. of UMG Recordings, Inc. |
| | SRC Records, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [            ] [Email] |

Help    Search    History    Titles    Start Over

Contact Us  l  Request Copies  l  Get a Search Estimate  l  Frequently Asked Questions (FAQs) about Copyright  l  Copyright Office Home Page  l  Library of Congress Home Page

false
false
false
false
false



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Get like me crump
Search Results: Displaying 8 of 100008 entries

*Get Like Me : feat. Chris Brown.*

**Relevance:**
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000613219 / 2008-06-05
**Application Title:** Get Like Me, Artist: David Banner, 00602517684805 (Vinyl)
**Title:** Get Like Me : feat. Chris Brown.
**Description:** Sound disc.
**Copyright Claimant:** Universal Records, A Div. of UMG Recordings, Inc.
SRC Records, Inc.
**Date of Creation:** 2008
**Date of Publication:** 2008-05-06
**Nation of First Publication:** United States

**Authorship on Application:** Universal Records, A Div. of UMG Recordings, Inc., employer for hire; Citizenship: United States. Authorship: Most Sound Recordings (2 Versions)

SRC Records, Inc., employer for hire; Citizenship: United States. Authorship: Most Sound Recordings (2 Versions)

**Pre-existing Material:** One Sound Recording (Explicit Version Registration Pending - 00602517674134)

**Basis of Claim:** All Other Sound Recordings (Super Clean & Instrumental Versions)

**Contents:** 3 Versions: Super Clean / Explicit / Instrumental.

**Names:** Universal Records, A Div. of UMG Recordings, Inc.

SRC Records, Inc.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: [            ]  Email |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Get like me crump
Search Results: Displaying 3 of 100003 entries



*Get Like Me.*

|             |                     |
|-------------|---------------------|
| **Relevance:** | ▮ ▮ ▮ |
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001643175 / 2009-03-16 |
| **Application Title:** | Get Like Me. |
| **Title:** | Get Like Me. |
| **Appears in:** | David Banner The Greatest Story Ever Told Motown Records, no. 0060 25717 4754, 07/15/2008 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Warner-Tamerlane Publishing Corp., Transfer: By written agreement. Address: 10585 Santa Monica Blvd., Los Angeles, CA, 90025. |
|  | Crump Tight Publishing, Transfer: By written agreement. Address: street not known, city not known. |
|  | Culture Beyone UR Experience, Transfer: By written agreement. Address: street not known, city not known. |
|  | Songs Of Universal, Inc., Transfer: By written agreement. Address: street not known, city not known. |

|  |  |
|---|---|
|  | Granny Man Publishing, Transfer: By written agreement. Address: 10585 Santa Monica Blvd., Los Angeles, CA, 90025. |
|  | Basement Funk South, Transfer: By written agreement. Address: 10585 Santa Monica Blvd., Los Angeles, CA, 90025. |
|  | Malik And Mekhi Music, Transfer: By written agreement. Address: 10585 Santa Monica Blvd., Los Angeles, CA, 90025. |
|  | EMI April Music, Inc, Transfer: By written agreement. Address: street not known, city not known. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2008-07-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Lavelle Crump; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Christopher Brown; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Chadron Moore; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Jasiel Robinson; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Crump, Lavelle |
|  | Brown, Christopher |
|  | Moore, Chadron |
|  | Robinson, Jasiel |
|  | Warner-Tamerlane Publishing Corp. |
|  | Crump Tight Publishing |
|  | Culture Beyone UR Experience |
|  | Songs Of Universal, Inc. |
|  | Granny Man Publishing |
|  | Basement Funk South |
|  | Malik And Mekhi Music |
|  | EMI April Music, Inc |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** **pilot with enhanced search features and filters.**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Get like me crump
Search Results: Displaying 2 of 100002 entries



*Get Like Me.*

| | |
|---:|:---|
| **Relevance:** | ▌▌▌ |
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001700922 / 2009-09-29 |
| **Application Title:** | Get Like Me. |
| **Title:** | Get Like Me. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Warner/Tamerlane Publ. Corp. Address: street unknown, city unknown. |
| | Songs Of Universal, Inc., Transfer: By written agreement. Address: 2100 Colorado Ave., Santa Monica, CA 90404. |
| | Culture Beyond Ur Experience Publ., Transfer: By written agreement. Address: c/o Songs of Universal, 2100 Colorado Ave., Santa Monica, CA 90404. |

|  |  |
|---|---|
|  | Sally Ruth Esther Publ., Inc., Transfer: By written agreement. Address: c/o Songs of Universal, Inc., 2100 Colorado Ave., Santa Monica, CA 90404. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2008-07-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David Banner, pseud. of Lavell W. Crump (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Chris Brown, pseud. of Christopher Maurice Brown (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Jim Jones, pseud. of Joseph Jones (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Dirahn Gilliams; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Yung Joc, pseud. of Jasiel Almon T. Robinson (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Rights and Permissions:** | Universal Music Publishing, 2100 Colorado Ave., Santa Monica, CA, 90404, United States, (310) 235-4700 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Crump, Lavell W. |
|  | David Banner, pseud. |
|  | Brown, Christopher Maurice |
|  | Chris Brown, pseud. |
|  | Jones, Joseph |
|  | Jim Jones, pseud. |
|  | Gilliams, Dirahn |
|  | Robinson, Jasiel Almon T. |
|  | Yung Joc, pseud. |
|  | Warner/Tamerlane Publ. Corp. |
|  | Songs Of Universal, Inc. |
|  | Culture Beyond Ur Experience Publ. |
|  | Sally Ruth Esther Publ., Inc. |



| | |
|---|---|
| **Save, Print and Email ([Help Page](#))** | |
| Select Download Format  Full Record ⌄  Format for Print/Save | |
| Enter your email address: _____  Email | |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |  [Copyright Office Home Page](#)  |
[Library of Congress Home Page](#)