| | |
|---|---|
| From: | Dirahn Gilliams <rawclause@gmail.com> |
| Sent: | Sunday, September 25, 2022 8:05 PM |
| To: | PAED Documents |
| Subject: | 10-CV-1914 Complaint of Fraud and Conspiracy to Commit Fraud against US Government and Court Systems |
| Attachments: | LYC Complaint frmcgenf.pdf; WebVoyage Record View 2.pdf; WebVoyage Record View 3.pdf; WebVoyage Record View Authentic.pdf; WebVoyage Record View 1.pdf; Get Like Me Dispute.pdf; Ascap Breach no Restoration of Title Registration Deactivated - rawclause@gmail.com - Gmail.pdf; Breach Page.jpg; Claim Conflict.png |

**CAUTION - EXTERNAL:**

Dear Pennsylvania Court Systems,

This is being brought upon breach of contract by Universal Music Group settlement and privileges never being restored after ten years of waiting with notifications in 2016 also giving five more years to parties.

Evidence of Fraud and Conspiracy attached.

Sincerely,
Dirahn Gilliams
--
Lyrical Clause, LLC
Playa Vista, Ca 90066
All Rights Reserved ©

Email:Rawclause@gmail.com
Phone:(919) 988-5663
Website

The information in this transmittal (including attachments, if any) may be privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.

lease consider the environment before printing this e-mail Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.