UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIRAHN DENNIS GILLIAMS,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNIVERSAL MUSIC GROUP, INC.** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-03889-ER |

## UMG RECORDINGS, INC.'S MOTION TO DISMISS
## PLAINTIFF DIRAHN DENNIS GILLIAMS' COMPLAINT

Defendant UMG Recordings, Inc. (erroneously sued as "Universal Music Group, Inc.") ("UMG"), through their undersigned counsel, hereby move for dismissal of Plaintiff Dirahn Dennis Gilliams' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its Motion, UMG incorporates herein its accompanying Memorandum of Law.

WHEREFORE, UMG requests that the Court enter the proposed Order dismissing Plaintiff's Complaint.

Dated:  April 26, 2023

*/s/ Marc S. Segal*
Marc S. Segal
segalm@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Attorney for Defendant UMG Recordings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing UMG Recordings, Inc.'s Motion to Dismiss Plaintiff Dirahn Dennis Gilliams' Complaint and UMG Recordings, Inc.'s Memorandum of Law in Support of the Motion to Dismiss has been filed electronically and is available for viewing and downloading from the ECF system, and has been served upon Dirahn Dennis Gilliams via email and U.S. mail using the following address:

Dirahn Dennis Gilliams
2818 Ellendal Pl., Apt. 1
Los Angeles, CA 90280
919-988-5663
rawclause@gmail.com

Dated: April 26, 2023

/s/ *Marc S. Segal*
Marc S. Segal
BALLARD SPAHR LLP