UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIRAHN DENNIS GILLIAMS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNIVERSAL MUSIC GROUP, INC.** *et al.*,<br><br>    **Defendants.** | Case No. 2:22-cv-03889-ER |

## ORDER

AND NOW, this ___ day of _____, 2023, upon consideration of Defendant UMG Recordings, Inc.'s (erroneously sued as "Universal Music Group, Inc.") ("UMG") Motion to Dismiss the Complaint, UMG's supporting Memorandum of Law, and response from Plaintiff Dirahn Dennis Gilliams, IT IS HEREBY ORDERED that UMG's Motion to Dismiss is GRANTED.

                **BY THE COURT:**

                _____
                **Honorable Eduardo C. Robreno**