# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIRAHN GILLIAMS,                                    :          CIVIL ACTION
                                                    :
        Plaintiff,                          :
                                                    :
    v.                                              :          NO. 10-CV-1914-ER
                                                    :
DWAYNE MICHAEL CARTER, JR.,                         :
   pka LIL' WAYNE,                                 :
DARIUS HARRISON, pka DEEZLE,                        :          **FILED**
JAMES SCHEFFER, pka JIM JONSIN,                     :
REX ZAMOR,                                          :          AUG 1 7 2010
CASH MONEY RECORDS, INC.,                           :
UNIVERSAL MUSIC GROUP, INC., and                    :          **MICHAEL E. KUNZ, Clerk**
YOUNG MONEY ENTERTAINMENT, LLC,                     :          **By_____Dep. Clerk**
                                                    :
        Defendants.                         :

## STIPULATION BY ALL PARTIES TO AMEND THE CAPTION

All parties hereby stipulate that the caption in this matter shall be amended pursuant to

Fed. R. Civ. P. 15(c)(1)(C) for all purposes as follows:

      1.     "Universal Music Group, Inc." shall be removed and "UMG Recordings, Inc."

shall be inserted in its place; and

      2.     "Young Money Entertainment, LLC" shall be removed and "Young Money

Publishing, Inc." shall be inserted in its place.

10 _CV_ 1914

THE LAW OFFICES OF
ROBERT T. VANCE, JR.

GIBBONS P.C.

BY: s/Robert T. Vance, Jr.
    Robert T. Vance, Jr., Esquire
    100 S. Broad Street
    Suite 1530
    Philadelphia, PA 19110
    (215) 557-9550
    (215) 557-9552 (FAX)
    rvance@vancelf.com

    *Attorneys for Plaintiff*
    *Dirahn Gilliams*

BY: s/Sean P. Mahoney
    Sean P. Mahoney, Esquire
    1700 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA 19103
    (215) 446-6230
    (215) 446-6332 (FAX)
    smahoney@gibbonslaw.com

    -and-

    Cynthia S. Arato, Esquire
    admitted *pro hac vice*
    Andrew Nieland, Esquire
    admitted *pro hac vice*
    MACHT, SHAPIRO, ARATO
      & ISSERLES LLP
    The Grace Building
    1114 Avenue of the Americas
    45th Floor
    New York, NY 10036
    (212) 479-6727
    (212) 202-6417 (FAX)
    carato@machtshapiro.com
    anieland@machtshapiro.com

    *Attorneys for Defendants*
    *Cash Money Records, Inc.,*
    *UMG Recordings, Inc.,*
    *Dwayne Michael Carter, Jr. and*
    *Young Money Publishing, Inc.*

DATE: 8/16/2010

DATE: 8/16/2010

#1549809 v1
109903-69106

10-CU-1914

TIMONEY KNOX, LLP

BY: s/Richard L. Caplan                    .
     Richard L. Caplan, Esquire
     132 East Chestnut Street
     Lancaster, PA 17602
     (717) 207-7971
     (717) 393-8565 (FAX)
     rcaplan@timoneyknox.com

     *Attorneys for Defendant*
     *James Scheffer*

DATE: 8/16/2010                    .

**APPROVED AND SO ORDERED:**

EDUARDO C. ROBRENO, U.S.D.J.

3

#1549809 v1
109903-69106