# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIRAHN GILLIAMS, | : | CIVIL ACTION |
| | : | NO. 10-1914 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DWAYNE MICHAEL CARTER et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **26th** day of **July, 2011**, it is hereby **ORDERED** that Plaintiff's oral motion to dismiss this matter is **GRANTED** in accordance with Federal Rule of Civil Procedure 41(a)(2). This matter is hereby **DISMISSED with prejudice;**[1]

It is hereby further **ORDERED** that this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

                S/Eduardo C. Robreno
            **EDUARDO C. ROBRENO, J.**

---

[1] Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2) (emphasis added). Although Plaintiff requested a dismissal without prejudice, the Court concludes—for the reasons set forth on the record in open court—that a dismissal with prejudice is appropriate in this case.