UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

April 27, 2023

Dirahn Dennis Gilliams
2818 Ellendale Place
Apt. 1
Los Angeles, CA 90280

RE: Gilliams v. Universal Music Group, et al
CIVIL ACTION NO. 22-3889

Dear Mr. Gilliams,

    A review of the Court's records shows that service of the complaint has not been made upon **Defendants Cash Money Records, James Scheffer and Dwayne Carter** in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by May 18, 2023, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

 s/Ronald Vance\_\_\_
Ronald Vance
Deputy Clerk to Judge Robreno

cc: Chambers