Dirahn Gilliams

*(Name)*

2818 Ellendale pl Ste 1

*(Mailing address)*

Los Angeles, CA 90280

*(City, state, zip code)*

919-998-5663

*(Telephone number)*

Rawclause@gmail.com

*(E-mail address)*

✓ Plaintiff/ Defendant/ Other *(specify)* _____,
In Proper Person

**EASTERN DISTRICT COURTS OF PENNSYLVANIA**

**Unites States District Court**

**601 Market Street**

**Philadelphia, PA 19106**

**PHILADELPHIA COUNTY, PENNSYLVANIA**

GILLIAMS

_____,

           Plaintiff(s),

  vs.

UNIVERSAL MUSIC GROUP et al

_____,

           Defendant(s).

Case No.: 2:22-cv-03889-ER

## MOTION FILING OF PRAECIPE TO ENTER JUDGEMENT

<u>DIRAHN GILLIAMS</u> , ✓Plaintiff/ Defendant/ Other *(specify)* _____ in this case, submits this reply in support of the <u>PRAECIPE TO ENTER JUDGEMENT</u> pending before the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

I request this notice to the courts and support my motion with the facts, law, and legal analysis under Rule 237.1 below:

<u>FAILURE TO RESPOND TO SUMMONS BY ALL AUTHORS COPYRIGHT CREDITORS BY DEADLINES CONCLUDING MAY 30th 2023  APPOINTED BY THE COURTS AFTER BEING GIVEN WRIT OF SUMMONS</u>

For the reasons stated above, the Court should grant the pending motion.

This <u> 6th </u> day of <u> JUNE </u>, 20<u>23</u>.

I declare under penalty of perjury under the law of the State of Pennsylvania that the foregoing is true and correct.

_DY_ _____
*(Signature)*
Dirahn Gilliams _____
*(Print Name)*
✓Plaintiff/    Defendant/    Other, In Proper Person

## MERITORIOUS CLAIM

REQUEST OF PRAECIPE TO ENTER JUDGEMENT, pursuant to Rule 237.1.

The following inquiry is about filing a motion for default judgment be it no response from even copyright claimants and Universal Music Group failed to address the complaint itself highlighting on civil proceedings as an Administrator not Creator/Author of the claim of work being infringed upon

It seems all the defendants who were authors in this case have not responded and were given more than the allotted time to do so, as when Marc Segal had responded regarding Universal Music's defense and summons protocols for the rest of the parties, previous representation Cynthia Arato had already reached out to me to ask for the other parties to have an extension of time to respond.

In this instance only Universal Music has responded who is only entitled to claiming ownership but, not authorship for the work that is infringing. Either the defendants have no response or is purposely ignoring the Writ of Summons.

While the following attached documents are a part of the proof of service to the other defendants, they are for attorneys eyes only(Highly Confidential).

DATED this 6th day of  JUNE of year 2023 .

I declare under penalty of perjury under the law of the State of Pennsylvania that the foregoing is true and correct.

_____
(Signature)

DIRAHN GILLIAMS
(Print name)

## **DECLARATION**

STATE OF PENNSYLVANIA  )
                       ) ss.
COUNTY OF PHILADELPHIA)

    Declarant, *DIRAHN GILLIAMS* swears and affirms under penalty of perjury that the following assertions are true and correct.

    ✓Plaintiff/    Defendant/ in this case.

1.    Declarant is competent to be a witness to the matters stated in this Declaration and could and would testify to those matters in a court of law, under oath, subject to the penalty of perjury.

I declare under penalty of perjury under the law of the State of Pennsylvania that the foregoing is true and correct, per Rule 237.1.

_____
*(Signature)*

DIRAHN GILLIAMS
_____
*(Print name)*