
## New Lawsuit

**Cynthia Arato** <carato@shapiroarato.com>  Fri, Apr 21 at 5:40 AM
To: Dirahn Gilliams <rawclause@gmail.com>

Dear Mr. Gilliams,

I have learned that you have filed a new action against Universal Music Group and Cash Money Records and that you have served Universal Music Group with the Summons. As Universal only recently received notice of your service on CT Corp, Universal would like a 30-day extension of time to respond to your Complaint. If you consent, we will prepare a stipulation to file with the Court. I would greatly appreciate hearing from you today, if possible.

Thank you,

[Quoted text hidden]


# Writ of Summons: Cash Money/Dwayne Carter
5 messages

**Dirahn Gilliams** <rawclause@gmail.com>  Mon, May 1 at 2:01 PM
To: <vbrown@vbrown.com>

Dear Vernon Brown,

    I am digitally serving Dwayne Carter and Cash Money Records, I believe both are current clients of yours about a claim to royalties being received by their company. I wanted to make sure they knew of the Writ of Summons

Sincerely,
Dirahn Gilliams
[Quoted text hidden]
**DGilliams Summons Digital.pdf**

---

**Dirahn Gilliams** <rawclause@gmail.com>  Mon, May 1 at 6:06 PM
To: Ed Grauer (egrauer@egrauerlaw.com) <egrauer@egrauerlaw.com>

Please advise. . . If Dwayne Carter has separate representation please let me know
[Quoted text hidden]
**DGilliams Summons Digital.pdf**

---

**Dirahn Gilliams** <rawclause@gmail.com>  Tue, May 2 at 8:42 AM
To: <lyricalclause@gmail.com>

[Quoted text hidden]
**DGilliams Summons Digital.pdf**

---

**Edward Grauer** <egrauer@egrauerlaw.com>  Tue, May 2 at 8:44 AM
To: Dirahn Gilliams <rawclause@gmail.com>

He is represented by Kenneth Meiselas kmeiselas@gispc.com

_____

Edward R. Grauer, Esq.

Law Office of Edward R. Grauer, P.C.

Cell: 917-304-7584 |Email: egrauer@egrauerlaw.com

CONFIDENTIAL NOTICE

The information contained in this message is confidential and intended only for the use of the individual or entity identified as the recipient. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of the information in this message is strictly prohibited. If you have received this message by error, please notify the sender immediately.

[Quoted text hidden]

---

**Dirahn Gilliams** <rawclause@gmail.com>  Tue, May 2 at 8:44 AM
To: <lyricalclause@gmail.com>

The following should have been received yesterday

---------- Forwarded message ---------
From: **Dirahn Gilliams** <rawclause@gmail.com>
Date: Mon, May 1, 2023 at 6:06 PM
Subject: Fwd: Writ of Summons: Cash Money/Dwayne Carter
To: Ed Grauer (egrauer@egrauerlaw.com) <egrauer@egrauerlaw.com>


Please advise. . . If Dwayne Carter has separate representation please let me know,
[Quoted text hidden]

DGilliams Summons Digital.pdf



# Writ of Summons: Dwayne Carter
2 messages

**Dirahn Gilliams** <rawclause@gmail.com>  Mon, May 1 at 1:21 PM
To: <info@jddavispc.com>

Dear Jonathan D. Davis,

    I wanted to inquire about getting in touch with serving Dwayne Carter a current client of yours and a publisher listed Warner-Tamerlane Publishing about a claim to royalties being received by their company. I wanted to make sure they knew of the Writ of Summons ASAP through his current attorney?

Sincerely,
Dirahn Gilliams
[Quoted text hidden]

**DGilliams Summons Digital.pdf**

---

**Dirahn Gilliams** <rawclause@gmail.com>  Tue, May 2 at 2:03 PM
To: <kmeiselas@gispc.com>

Dear Kenneth Meiselas Esq.,

    I wanted to inquire about getting in touch with serving Dwayne Carter a current client of yours and a publisher listed Warner-Tamerlane Publishing about a claim to royalties being received by their company. I wanted to make sure they knew of the Writ of Summons ASAP as I've been informed you are his current attorney?

Sincerely,
Dirahn Gilliams
[Quoted text hidden]

**DGilliams Summons Digital.pdf**



<span style="float:right">Dirahn Gilliams &lt;rawclause@gmail.com&gt;</span>

## Your fax to James Gregory Scheffer has succeeded

**FaxZero.com** &lt;support@faxzero.com&gt;      Sun, May 7 at 3:40 PM
To: Dirahn Gilliams &lt;rawclause@gmail.com&gt;

Dear Dirahn Gilliams,

Your fax to James Gregory Scheffer at 3058600635 has been sent successfully!
Successful delivery of your fax was confirmed at 6:40 PM Eastern Daylight Time on May 7th, 2023
Your fax included 1 page of coversheet with your text and 1 page of attached documents.

Be sure to follow up with the recipient to make sure that the fax is legible and is delivered to the right person in the office.
To view or print the status of your fax, click here. You can also send FaxZero a "tip" to support this handy service.
Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards, certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at mFax. Just $10 a month.
http://faxzero.com/go/mFax
------------------------------------------------------------------------

(id#32820450)



# Writ of Summons for Jimipub Music/Jim Jonsin

**Dirahn Gilliams** <rawclause@gmail.com>  
To: <gfrankel@thefrankelfirm.com>

Sun, May 7 at 3:37 PM

Dear Gregory Frankel,

    Currently there is an ongoing case that includes one of your legally represented songwriter/publishing companies:

James Gregory Scheffer  
Jimipub Music

Currently this is the only listed information and the website to which you would reach his manager is not operational(305.860.0633)

Please advise. . .


Sincerely,  
Dirahn Gilliams  
[Quoted text hidden]

DGilliams Summons Digital.pdf



# Writ of Summons for Jimipub Music

**Dirahn Gilliams** <rawclause@gmail.com>  Fri, Apr 28 at 1:02 AM
To: <info@sonyatv.com>

Dear Sony ATV,

Currently there is an ongoing case that includes one of your songwriter/publishing companies:

James Gregory Scheffer
Jimipub Music

Currently this is the only listed information and the website to which you would reach his manager is not operational(305.860.0633)

Please advise on a mailing address or proper contact information to complete the Serving of this Court Summons

Sincerely,
Dirahn Gilliams
[Quoted text hidden]

DGilliams Summons Digital.pdf


  


# Contact

Name (required)

First Name

Last Name

Email Address (required)

**Management Contact:**

**MADE**

MIA • NY • LA

www.madeyoufamous.com

305.860.0633

## OUR TEAM



**Gregory Frankel**
Managing Partner



**Dayanis Overton**
Finance Director

Read More ⌄

Gregory Frankel entered the music business in 2004 when he started an entertainment company with recorded music, publishing and management arms in his hometown of Miami, FL. He co-founded a full service talent management company MADE and his law firm The Frankel Firm, PLLC in 2007. Running the business and administrative affairs of the company and its clients over an eight-year span, he oversaw two label imprints at Universal and three publishing companies. In 2015, Gregory spun off his current boutique business management firm BASE where he now serves as Managing Partner. BASE capitalizes on his experience as an attorney, and as a label, management and publishing company owner and executive, to provide a high-level of expertise to entertainment and creative clients in the U.S. and abroad. A Stone Scholar graduate of Columbia Law School, he continues to practice entertainment and corporate law as well.

Read More ⌄

As Finance Director at BASE, Dayanis Overton ensures all accounting related needs for our clients are met. She is a music industry professional with over 15 years of experience in marketing and finance, publishing and A&R administration. Her roles and responsibilities include accounts receivables, accounts payable, bookkeeping, budgeting and reporting, and royalty statement generation. Prior to BASE, Dayanis was an integral part of the team at MADE. Prior to joining MADE, she worked at Live Nation Artists, Warner/Chappell, Warner Music and Sony Music International. Dayanis studied at NYU and is a graduate of Liberal Studies from FIU.



**BASE**
P: 305.860.0633 | F: 305.860.0635
175 SW 7th Street | Ste. 1519 | Miami, FL 33130

Follow us on Instagram

Your Name

Your Email

Your Message

    

# MEMBER PROFILE

## Gregory Caylor Frankel

Member in Good Standing

Eligible to Practice Law in Florida



**Bar Number:**

61132

**Mail Address:**

The Frankel Firm, PLLC
3109 Grand Ave # 299
Miami, FL 33133-5103

Office: **305-860-0633**

Cell: **305-860-0633**

**Email:**

gfrankel@thefrankelfirm.com

| | |
|---|---|
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/61132 |
| **vCard:** | 🪪 |
| **County:** | Miami-Dade |
| **Circuit:** | 11 |
| **Admitted:** | 12/02/2008 |
| **10-Year Discipline History:** | None |
| **Law School:** | Columbia University School of Law, 2003 |
| **Firm:** | The Frankel Firm, PLLC |
| **Firm Size:** | 1 |
| **Firm Position:** | Partner/Shareholder |
| **Firm Website:** | http://www.thefrankelfirm.com |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.